# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelli McKenna<br>    Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Kelli McKenna<br>    Debtor(s)<br><br>Kenneth E. West<br>    Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 22-11505 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **July 29, 2022, docket number 15**.

           Respectfully submitted,


           /s/ Brian Nicholas, Esq.
           _____

           Brian Nicholas, Esquire
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           Phone: (215)-627-1322

Dated: October 4, 2022