United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11505-elf
Kelli McKenna  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 05, 2022      Form ID: 155      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelli McKenna, 147 McClellan Street, Philadelphia, PA 19148-1901 |
| 14697117 | + | Police And Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14701992 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14705897 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 23:55:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14697106 | + | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 23:55:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14697107 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 05 2022 23:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14714478 | | Email/Text: megan.harper@phila.gov | Oct 05 2022 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14697108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2022 23:55:34 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14701274 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 05 2022 23:55:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14697110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 23:55:35 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14706451 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2022 23:43:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14697111 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 23:43:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14697114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 23:55:40 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14699111 | | Email/Text: mrdiscen@discover.com | Oct 05 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14697112 | + | Email/Text: mrdiscen@discover.com | Oct 05 2022 23:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14697113 | + | Email/Text: dplbk@discover.com | Oct 05 2022 23:44:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14698156 | + | Email/Text: dplbk@discover.com | Oct 05 2022 23:44:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14709747 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 22-11505-elf   Doc 25   Filed 10/07/22   Entered 10/08/22 00:29:41   Desc Imaged
                             Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: 155 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 05 2022 23:55:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699591 | | ^ MEBN | Oct 05 2022 23:41:02 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14713922 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2022 23:55:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14703268 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2022 23:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14697115 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2022 23:55:43 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14697116 | + | Email/PDF: pa_dc_claims@navient.com | Oct 05 2022 23:55:34 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14701298 | + | Email/Text: bncnotifications@pheaa.org | Oct 05 2022 23:43:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14714345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2022 23:55:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14712821 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2022 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14697119 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 23:55:39 | Syncb/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14712864 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 23:55:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14697320 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 23:55:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14697558 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 23:55:44 | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14697120 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 23:55:39 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14697121 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 23:55:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14697123 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 05 2022 23:43:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14698925 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 05 2022 23:43:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14697122 | + | Email/Text: LCI@upstart.com | Oct 05 2022 23:43:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14703487 | | ^ MEBN | Oct 05 2022 23:41:00 | Upstart Network, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14711041 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 05 2022 23:55:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14697109 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 05, 2022 | Form ID: 155 | Total Noticed: 37

| | | |
|---|---|---|
| 14697118 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14697124 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

**Name**   **Email Address**

BRAD J. SADEK
on behalf of Debtor Kelli McKenna brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kelli McKenna
     Debtor(s)                          Chapter: 13

                                                   Bankruptcy No: 22−11505−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 4, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Eric L. Frank
                                                            Judge ,
                                                            United States Bankruptcy Court

                                                                                            23 − 10
                                                                                           Form 155