IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  :
    Kelli McKenna  :
      :  Case No.: 22-11505
      :
Debtor(s)  :  Chapter 13

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Modify the Chapter 13 Plan filed in the instant matter on January 23, 2023.

Dated: February 15, 2023

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102
215-545-0008