IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|    Kelli McKenna : | |
| : | Case No.: 22-11505 |
| : | |
| Debtor(s) : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Supplemental Application for Compensation filed in the instant matter on January 23, 2023.

Dated: February 15, 2023

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102
215-545-0008