# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Kelli McKenna | : | Chapter 13 |
| | : | Case No.: 22-11505-DJB |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Second Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: March 17, 2025          /s/ Brad J. Sadek, Esquire
                                Brad J. Sadek, Esquire
                                Sadek Law Offices, LLC
                                1500 JFK Boulevard, Suite #220
                                Philadelphia, PA 19102
                                brad@sadeklaw.com
                                215-545-0008