

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

June 18, 2025

Clerk of U.S. Bankruptcy Court
Pennsylvania Eastern Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

RE: Kelli A. McKenna
SSN: XXX-XX-1887
BANKRUPTCY CASE#: 22-11505-DJB

Dear Clerk:

Please withdraw claim #6 filed by Navient Solutions, LLC on behalf of Pennsylvania Higher Education Assistance Authority in the amount of $22,791.69, filed on June 24, 2022, assigned to Educational Credit Management Corporation (ECMC) on December 5, 2022. This debt has been paid-in-full through consolidation on June 5, 2025.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 325-3677.

Sincerely,

/s/ Debra Wilcoxson
Debra Wilcoxson
Operations Specialist Lead
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408